UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | **U.S. District Court, Northern District of Illinois MDL No.: 2545** <br> 1:14-cv-01748 <br> Hon. Matthew F. Kennelly |
| ERIC STEVENS and JILL STEVENS, <br><br> Plaintiffs, <br><br> -against- <br><br> ACTAVIS, INC., ACTAVIS PHARMA, INC., ANDA, INC., and WATSON LABORATORIES, INC., <br><br> Defendants. | NDNY Civil Action No: 5:15-cv-355 <br><br> NDIll Civil Action No.: 15-cv-3345 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that the plaintiffs, ERIC STEVENS and JILL STEVENS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismiss without prejudice their claims against Defendants, Actavis, Inc., Actavis Pharma, Inc., Anda, Inc., and Watson Laboratories, Inc., for any injuries resulting from the use of testosterone cypionate and testosterone enanthate, only. this stipulation does not discontinue the plaintiffs' claims against Defendants, Actavis, Inc., Actavis Pharma, Inc., Anda, Inc., and Watson Laboratories, Inc., for any injuries resulting from the use of Androderm.

Respectfully submitted this 12th day of June, 2015.

BOTTAR LEONE, PLLC

By: Michael A. Bottar, Esq.
*Attorney for Plaintiffs*
(Bar Roll Number: 512620)
1600 AXA Tower II
120 Madison Street
Syracuse, NY 13202
(315) 422-3466
mbottar@bottarleone.com

CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties that are CM/ECF participants in this action.

_____
Michael A. Bottar, Esq.